| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Southwest Cutters, LLC** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years | |
|---|---|---|
| | Include any assumed names, trade names and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | **26-1664666** |
|---|---|---|

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **1430 Gail Borden Pl., Ste. 1-C** **El Paso, TX 79935** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **El Paso** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Southwest Cutters, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **Southwest Cutters, LLC** _____  Case number (*if known*) _____
        Name

---

**11. Why is the case filed in this district?**  Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Southwest Cutters, LLC**                                    Case number (*if known*) _____
          _____
          Name

<!-- black box --> **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**          The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**representative of debtor**
                           I have been authorized to file this petition on behalf of the debtor.

                           I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

                           I declare under penalty of perjury that the foregoing is true and correct.

                           Executed on   02-13-17
                                          MM / DD / YYYY

                           **X** _Donald P. Martinez Sr._          **Donald A. Martinez, Sr.**
                              Signature of authorized representative of debtor    Printed name

                           Title   **Managing Member**

**18. Signature of attorney**   **X** _E.P. Budkirk_               Date   2-13-17
                                    Signature of attorney for debtor               MM / DD / YYYY

                                **E.P. BUD KIRK**
                                Printed name

                                **E.P. BUD KIRK**
                                Firm name

                                **600 Sunland Park Dr.**
                                **Building Four, Ste. 400**
                                **El Paso, TX 79912**
                                Number, Street, City, State & ZIP Code

                                Contact phone   **915-584-3773**   Email address   **budkirk@aol.com**

                                **11508650**
                                Bar number and State

## UNANIMOUS CONSENT OF THE DIRECTOR
## AND SHAREHOLDER OF
## SOUTHWEST CUTTERS, LLC

The undersigned being the only director and the only shareholder of SOUTHWEST CUTTERS, LLC, a Texas limited liability corporation, acting without a meeting pursuant to the Business Corporation Act of the State of Texas, do hereby unanimously adopt the following resolutions with the same force and effect as if they had been adopted at a duly called regular meeting of the directors of SOUTHWEST CUTTERS, LLC.

RESOLVED, That in view of the adverse financial condition of this corporation, this corporation file a reorganization proceeding under Chapter 11 of the Bankruptcy Code.

FURTHER RESOLVED, That DONALD MARTINEZ, SR., the Managing Member of this corporation, be, and he is hereby authorized to sign on behalf of this corporation all petitions, schedules, and all other documents necessary, or which he shall in his sole discretion deem appropriate, in connection with such bankruptcy proceeding.

EXECUTED as of the _/⁵_ day of February, 2017.


DONALD MARTINEZ, SR., Managing Member

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

S T A T E M E N T

Petitioners are qualified to file this Petition and are entitled to the benefits of Title 11, United States Code as voluntary debtors, having not been debtors in a case pending under this Title at any time in the preceding 180 days in which the case was dismissed by the Court for willful failure to abide by orders of the Court, or to appear before the Court in the proper prosecution of the case, or in a case where the voluntary dismissal of a case was requested and obtained following the filing of a request for relief from the automatic stay provided by Section 362 of Title 11, United States Code.

SOUTHWEST CUTTERS, LLC

By: _____

DONALD A. MARTINEZ, SR.
Its: Managing Member

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| SOUTHWEST CUTTERS, LLC, | § | No. |
| | § | |
| Debtor. | § | |
| | § | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $300.00/hr. |
| Prior to the filing of this statement I have received | $7,744.00. |
| Balance Due | Hourly as earned. |
| Amount of filing fee remaining to be paid | $  .00. |

2.    The source of compensation to be paid to me was:

        __X__ Debtor                _____ Other (Specify)

3.    The source of compensation to be paid to me is:

        _____ Debtor                _____ Other (Specify)

4.    __X__ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        _____ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.      Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c.      Representation of the debtor at the meeting of creditors and confirmation hearing (if any), and any adjourned hearings thereof;

d.      Representation of the debtor in contested bankruptcy matters as those are defined under the Bankruptcy Rules.

e.      Services necessary and proper for an effective reorganization.

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Services outside of the reorganization effort.

AGREED TO BY THE DEBTOR:

Date: _02- 13 - 17_                         SOUTHWEST CUTTERS, LLC

                                            By: _____ SR.
                                                DONALD A. MARTINEZ, SR.
                                            Its: Managing Member

                              **CERTIFICATION**

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

_2-13-17_                                    /s/_____
Date                                         E.P. BUD KIRK
                                             Texas State Bar No. 11508650
                                             600 Sunland Park Dr.
                                             Building Four, Suite 400
                                             El Paso, Texas  79912
                                             (915) 584-3773
                                             (915) 581-3452 facsimile
                                             budkirk@aol.com

                                             Attorney for the Debtor

**Fill in this information to identify the case:**

Debtor name    **Southwest Cutters, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**   **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................   $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................   $      **482,480.90**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................   $      **482,480.90**

**Part 2:**   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.....................................   $      **1,721,528.90**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................................   $      **313,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................................   +$      **989,682.76**

4. **Total liabilities** .......................................................................................................................................................
    Lines 2 + 3a + 3b     $      **3,024,211.66**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

| Debtor name | **Southwest Cutters, LLC** |
|---|---|
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | checking | -273 | $0.00 |
| 3.2. | **Wells Fargo Bank** | Lockbox (no longer used) | -779 | $270.90 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $270.90 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Southwest Cutters, LLC** | | Case number *(If known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**11.** **Accounts receivable**

11a. 90 days old or less:      **152,000.00**    -      **0.00**   = ....      **$152,000.00**

                   face amount                   doubtful or uncollectible accounts

**12.** **Total of Part 3.**                                          **$152,000.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19.** Raw materials<br>Raw materials | | **Unknown** | | **$50,000.00** |
| **20.** Work in progress<br>Work in progress | | **Unknown** | | **$50,000.00** |
| **21.** Finished goods, including goods held for resale<br>Finished goods, including goods held for resale | | **Unknown** | | **$71,000.00** |
| **22.** Other inventory or supplies<br>Inventory (see attached list) | obsolete | **Unknown** | | **$15,000.00** |

**23.** **Total of Part 5.**                                          **$186,000.00**

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Southwest Cutters, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.** | **Crops—either planted or harvested** | | | |
| **29.** | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| **30.** | **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| | Office equipment | $0.00 | | $8,000.00 |
| | Machinery (see attached list) | $0.00 | | $105,030.00 |
| **31.** | **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** | **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| $113,030.00 |
|---|

**34.** **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☑ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **39.** | **Office furniture** | | | |
| | Office furniture (see attached list) | $0.00 | | $8,600.00 |
| **40.** | **Office fixtures** | | | |
| **41.** | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Southwest Cutters, LLC** | Case number (If known) |
|---|---|---|
| | Name | |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                                            **$8,600.00**
      Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☑ No
      ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 Mercedes Benz E Clas** | $0.00 | | $20,080.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Small tools and equipment** | $0.00 | | $2,500.00 |

51.  **Total of Part 8.**                                                                                            **$22,580.00**
      Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No.  Go to Part 11.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | **Southwest Cutters, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

<div style="background:black;color:white;">Part 11:</div> **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Southwest Cutters, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $270.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $152,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $186,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $113,030.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $22,580.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $482,480.90 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $482,480.90 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# INVENTORY

| Name | Description | Unit Price | Quantity in Stock | $ |
|---|---|---|---|---|
| | MILITARY NAVY BLUE | | 0 | $0.00 |
| APEX | BLACK MESH | $2.15 | 7597 | $16,333.55 |
| STC | FUSING FABRIC | $1.50 | 1200 | $1,800.00 |
| A & E | NAVY #3 THREAD TEX 40 | $8.65 | 222 | $1,920.30 |
| A & E | BLACK THREAD TEX 40 | $8.24 | 96 | $791.04 |
| A & E | PEARL THREAD TEX 30 | $8.24 | 42 | $346.08 |
| YKK | BLACK CORD LOCKS | $0.02 | 38072 | $761.44 |
| AEC | BLACK SHOCK CORD | $0.19 | 24576 | $4,669.44 |
| YKK | 22.5 FRONT ZIPPER | $1.88 | 86 | $161.68 |
| YKK | 23.5 FRONT ZIPPER | $1.88 | 100 | $188.00 |
| YKK | 24.5 FRONT ZIPPER | $1.88 | 441 | $829.08 |
| YKK | 25.5 FRONT ZIPPER | $1.88 | 2527 | $4,750.76 |
| YKK | 26.5 FRONT ZIPPER | $1.88 | 96 | $180.48 |
| YKK | 27.5 FRONT ZIPPER | $1.92 | 4624 | $8,878.08 |
| YKK | 28.5 FRONT ZIPPER | $1.92 | 608 | $1,167.36 |
| YKK | 29.5 FRONT ZIPPER | $1.96 | 24 | $47.04 |
| YKK | 30.5 FRONT ZIPPER | $2.00 | 418 | $836.00 |
| YKK | 31 FRONT ZIPPER | $2.00 | 284 | $568.00 |
| YKK | 31.5 FRONT ZIPPER | $2.04 | 15 | $30.60 |
| YKK | 32 FRONT ZIPPER | $2.04 | 21 | $42.84 |
| YKK | 33 FRONT ZIPPER | $2.08 | 21 | $43.68 |
| YKK | 6" BLACK ZIPPER | $0.14 | 13532 | $1,894.48 |
| YKK | 7" BLACK ZIPPER | $0.14 | 9803 | $1,372.42 |
| SAFE REFLECTIONS | 10B- REFLECTIVE TAPE | $0.47 | 3300 | $1,551.00 |
| SAFE REFLECTIONS | 10S- REFLECTIVE TAPE | $0.43 | 0 | $0.00 |
| | 1/2" - WHITE ELASTIC | $0.08 | 3020 | $241.60 |
| SAFE REFLECTIONS | NAVY HEAT SEAL LARGE (BACK YOKE) | $0.42 | 0 | $0.00 |
| SAFE REFLECTIONS | NAVY HEAT SEAL SMALL (FRNT CHEST) | $0.25 | 0 | $0.00 |
| SAFE REFLECTIONS | NAVY HEAT SEAL MEDIUM (PNT) | $0.25 | 25 | $6.25 |
| G & A LABEL | XXSMALL XSHORT SIZE LABEL | $0.04 | 13 | $0.52 |
| G & A LABEL | XSMALL XSHORT SIZE LABEL | $0.04 | 139 | $5.56 |
| G & A LABEL | SMALL XSHORT SIZE LABEL | $0.04 | 529 | $21.16 |
| G & A LABEL | MEDIUM XSHORT SIZE LABEL | $0.04 | 63 | $2.52 |
| G & A LABEL | XXSMALL SHORT SIZE LABEL | $0.04 | 13 | $0.52 |
| G & A LABEL | XSMALL SHORT SIZE LABEL | $0.04 | 567 | $0.00 |

SWC INVENTORY 12-05-2016

| Name | Description | Unit Price | Quantity in Stock | $ |
|------|-------------|-----------|-------------------|---|
| G & A LABEL | SMALL SHORT SIZE LABEL | $0.04 | 1724 | $68.96 |
| G & A LABEL | MEDIUM SHORT SIZE LABEL | $0.04 | 1653 | $66.12 |
| G & A LABEL | LARGE SHORT SIZE LABEL | $0.04 | 189 | $7.56 |
| G & A LABEL | SMALL REGULAR SIZE LABEL | $0.04 | 3700 | $148.00 |
| G & A LABEL | MEDUIM REGULAR SIZE LABEL | $0.04 | 10648 | $425.92 |
| G & A LABEL | LARGE REGULAR SIZE LABEL | $0.04 | 852 | $34.08 |
| G & A LABEL | XLARGE REGULAR SIZE LABEL | $0.04 | 158 | $6.32 |
| G & A LABEL | XXLARGE REGULAR SIZE LABEL | $0.04 | 25 | $1.00 |
| G & A LABEL | SMALL LONG SIZE LABEL | $0.04 | 1155 | $46.20 |
| G & A LABEL | MEDIUM LONG SIZE LABEL | $0.04 | 2222 | $88.88 |
| G & A LABEL | LARGE LONG SIZE LABEL | $0.04 | 560 | $22.40 |
| G & A LABEL | XLARGE LONG SIZE LABEL | $0.04 | 119 | $4.76 |
| G & A LABEL | XXLARGE LONG SIZE LABEL | $0.04 | 25 | $1.00 |
| G & A LABEL | LARGE XLONG SIZE LABEL | $0.04 | 0 | $0.00 |
| G & A LABEL | XLARGE XLONG SIZE LABEL | $0.04 | 14 | $0.56 |
| G & A LABEL | XXLARGE XLONG SIZE LABEL | $0.04 | 25 | $1.00 |
| G & A LABEL | MEDIUM XLONG SIZE LABEL | $0.04 | 423 | $16.92 |
| DANHILL | BOX-TUBE | $1.52 | 960 | $1,459.20 |
| TEXAS POLY | POLY BAG | $0.07 | 24400 | $1,683.60 |
| G & A LABEL | XXSMALL XSHORT H-TAG | $0.04 | 13 | $0.52 |
| G & A LABEL | XSMALL XSHORT H-TAG | $0.04 | 139 | $5.56 |
| G & A LABEL | SMALL XSHORT H-TAG | $0.04 | 529 | $21.16 |
| G & A LABEL | MEDIUM XSHORT H-TAG | $0.04 | 63 | $2.52 |
| G & A LABEL | XXSMALL SHORT H-TAG | $0.04 | 13 | $0.52 |
| G & A LABEL | XSMALL SHORT H-TAG | $0.04 | 567 | $22.68 |
| G & A LABEL | SMALL SHORT H-TAG | $0.04 | 1724 | $68.96 |
| G & A LABEL | MEDIUM SHORT H-TAG | $0.04 | 1653 | $66.12 |
| G & A LABEL | LARGE SHORT H-TAG | $0.04 | 189 | $7.56 |
| G & A LABEL | SMALL REGULAR H-TAG | $0.04 | 3700 | $148.00 |
| G & A LABEL | MEDIUM REGULAR H-TAG | $0.04 | 10648 | $425.92 |
| G & A LABEL | LARGE REGULAR H-TAG | $0.04 | 852 | $34.08 |
| G & A LABEL | XLARGE REGULAR H-TAG | $0.04 | 158 | $6.32 |
| G & A LABEL | XXLARGE REGULAR H-TAG | $0.04 | 25 | $1.00 |
| G & A LABEL | SMALL LONG H-TAG | $0.04 | 1155 | $0.00 |
| G & A LABEL | MEDIUM LONG H-TAG | $0.04 | 2222 | $88.88 |
| G & A LABEL | LARGE LONG H-TAG | $0.04 | 560 | $22.40 |
| G & A LABEL | XLARGE LONG H-TAG | $0.04 | 119 | $4.76 |

SWC INVENTORY 12-05-2016

| Name | Description | Unit Price | Quantity in Stock | $ |
|------|-------------|-----------|------------------|---|
| G & A LABEL | XXLARGE LONG H-TAG | $0.04 | 25 | $1.00 |
| G & A LABEL | MEDIUM XLONG H-TAG | $0.04 | 423 | $16.92 |
| G & A LABEL | LARGE XLONG H-TAG | $0.04 | 0 | $0.00 |
| G & A LABEL | XLARGE XLONG H-TAG | $0.04 | 14 | $0.56 |
| G & A LABEL | XXLARGE XLONG H-TAG | $0.04 | 25 | $1.00 |
| BROOKWOOD | MARINE GREEN FABRIC | $5.39 | | $0.00 |
| A & E | ARMY GREEN AG489 THREAD TEX 40 | $8.65 | 367 | $3,174.55 |
| DANHILL | TUBE LINERS | $0.53 | 1275 | $675.75 |
| BORDER PALLETS | PALLETS | $4.50 | 174 | $783.00 |
| A & E | TEX 40 BEAVER | $9.64 | 36 | $347.04 |
| KOMAR | 19 X1200 FT | $19.00 | 33.87 | $643.53 |
| KOMAR | 5X1200 FT | $5.00 | 47.6 | $238.00 |
| KOMAR | 4X500 YDS | $4.00 | 74.25 | $297.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | **$60,629.27** |

SWC INVENTORY 12-05-2016

# OBSOLETE SWC INVENTORY

| Name | Description | Unit Price | Quantity in Stock | $ |
|------|-------------|-----------|-------------------|-----|
| CAROLINA FABRICS | BEDFORD CORD | $2.65 | 190 | $503.50 |
| CAROLINA FABRICS | PALM FABRIC W DOTS | $4.65 | 1500 | $6,975.00 |
| CAROLINA FABRICS | WINTER CUFFS/ PER LBS | $4.75 | 2320 | $1,900.00 |
| TROF 10-54 | TROF 10-54 | $0.70 | 130 | $91.00 |
| DAVERY TEXTILES | THINSOLITE / 140  YDS PER ROLL | $2.83 | 1000 | $2,830.00 |
| DANHILL   RIGGERS GLOVES | BOXES | $0.55 | 630 | $343.35 |
| DANHILL   RIGGERS GLOVES | BOXES | $1.11 | 400 | $444.00 |
| DANHILL  RIGGERS GLOVES | BOXES | $1.36 | 313 | $425.68 |
| GREITZ | BOBBINS QUILER MACHINE | $135.58 | 4 | $542.32 |
| A & E THREAD | T-45 | $16.85 | 79 | $1,331.15 |
| A & E THREAD | TEX 60 GREEN | $10.97 | 183 | $2,007.51 |
| A & E THREAD | TEX 40 GREEN | $7.35 | 200 | $1,470.00 |
| SHAOXING | 3/1 WINTER PALM 60" | $6.06 | 2590 | $15,695.40 |
| SHAOXING | INNER BLACK | $1.78 | 3660 | $6,514.80 |
| CARALINA GLOVES | CHEAP GLOVES | $0.73 | 1800 | $1,314.00 |
| DANHILL | GOVT BOXES | $1.82 | 960 | $1,747.20 |
| DANHILL | GOVT TUBE LINERS | $1.06 | 1275 | $1,351.50 |
| BROOKWOOD | 2 ND FABRIC | $2.55 | 1589 | $4,051.95 |
| A & E | TEX210 GIMP | $10.40 | 18 | $187.20 |
| US BUTTONS | BUTTONS | $0.04 | 40731 | $1,629.24 |
| A & E | TEX 40 | $8.25 | 80 | $660.00 |
| A & E | TEX 60 | $12.05 | 10 | $120.50 |
| ALBEST METALS | BUCKLES | $0.08 | 16100 | $1,288.00 |
| 3/8 CROSS GRAIN | | $0.09 | 11000 | $990.00 |
| 5/8 CROSS GRAIN | 5/8 CROSS GRAIN | $0.12 | 200 | $24.00 |
| QST | POCKET LINING | $2.08 | 4330 | $9,006.40 |
| MT VERNON | POCKET LINING | $6.95 | 106 | $736.70 |
| A & E THREAD | TEX 40 | $12.10 | 50 | $605.00 |
| A & E THREAD | TEX 210 | $14.11 | 10 | $141.10 |
| ITEM HOUSE | BOX TAPE | $6.25 | 384 | $2,400.00 |
| ULINE | POLY BAGS | $0.08 | 11600 | $906.77 |
| GREAT SOUTHERN | BOXES | $1.76 | 1300 | $2,288.00 |
| US BUTTONS | BUTTONS | $2.35 | 72 | $169.20 |

OBSOLETE SWC INVENTORY 12-05-2016

| Name | Description | Unit Price | Quantity in Stock | $ |
|---|---|---|---|---|
| LLOVET SALES | TAILOR TAPE | $0.12 | 1500 | $180.00 |
| ITEM HOUSE | POCKET WELD | $0.01 | 4000 | $24.00 |
| ITEM HOUSE | MENS COMBO LABELS | $0.05 | 129860 | $6,765.71 |
| ITEM HOUSE | WOMENS COMBO LABELS | $0.05 | 1500 | $78.15 |
| ITEM HOUSE | DLA WOVEN LABELS | $0.04 | 11700 | $421.20 |
| ITEM HOUSE | DLA HANG TAG | $0.04 | 7500 | $270.00 |
| NAVY | JUMPER WOMENS | $13.49 | 64 | $863.36 |
| NAVY | JUMPER MENS | $12.81 | 64 | $819.84 |
| LEEDON | 1" ELASTIC | $0.39 | 468 | $182.52 |
| LEEDON | 1.5" ELASTIC | $0.58 | 144 | $83.52 |
| LEEDON | 2" ELASTIC | $0.77 | 108 | $83.16 |
| 5/8 WEBBING | WEBBING | $0.33 | 50 | $16.50 |
| MMI | 70-D FABRIC | $5.65 | 190 | $1,073.50 |
| A & E | TEX 40 | $10.97 | 5 | $54.85 |
| A & E | TX 80 KHAKI | $12.61 | 15 | $189.15 |
| A & E | TX 80 GREEN | $12.61 | 50 | $630.50 |
| A & E | TX 40 GREEN | $12.61 | 35 | $441.35 |
| APEX | MESH FABRIC | $5.41 | 53 | $286.73 |
| GREEN TEXTILE | TRICOTE FABRIC | $1.90 | 200 | $380.00 |
| RAM TECHNOLOGY | NEOPREME | $26.73 | 15 | $400.95 |
| ULINE BOXES | BOXES ULINE | $1.46 | 100 | $146.00 |
| A & E THREAD | TX 60 NOMAD | $37.08 | 25 | $927.00 |
| A & E THREAD | TX 60 KHAKI | $37.08 | 15 | $556.20 |
| A & E THREAD | TEX 60 NAVY | $37.08 | 15 | $556.20 |
| AMERICAN CORD | 1.5 MALE BUCKLE | $0.23 | 1000 | $234.00 |
| AMERICAN CORD | 1.5 FEMALE BUCKLE | $0.23 | 1000 | $234.00 |
| STATE NARROW FABRIC | 2' ELEASTIC | $0.20 | 500 | $100.00 |
| PAYPAL CHINA | FR PATCH COVERALLS | $0.39 | 980 | $382.20 |
| WT | 301M ULTRA SOFT NAVY | $9.10 | 276 | $2,511.60 |
| 301ULTRA SOFT KHAKI | FABRIC FIRE RETARDENT | $9.00 | 285 | $2,565.00 |
| 301 ULTRA SOFT GREY | FABRIC FIRE RETARDENT | $9.00 | 250 | $2,250.00 |
| 259 SLIDER LOCKING | ZIPPERS | $0.07 | 490 | $32.93 |
| 71242 SLIDER SEMI LOCK | SEMI LOCK ZIPPER | $0.07 | 490 | $32.93 |
| 28522 ZIPPER CHAIN | ZIPPER CHAIN | $1.70 | 142 | $241.10 |
| FIRE RETARDENT FABRIC | FABRIC | $12.30 | 1831 | $22,521.30 |
| BUTTONS 144 gross | BUTTONS 201 small | $2.25 | 10 | $22.50 |
| BUTTONS 144 gross | BUTTONS 201 | $2.25 | 35 | $78.75 |

OBSOLETE SWC INVENTORY 12-05-2016

| Name | Description | Unit Price | Quantity in Stock | $ |
|---|---|---|---|---|
| spentex fr fabric | fabric | $13.50 | 531 | $7,168.50 |
| LABEL | LABEL   hrc2 | $0.08 | 3000 | $231.00 |
| shirts | fr shirts | $55.00 | 78 | $4,290.00 |
| THREAD | TX 40 THREAD JAY | $27.84 | 14 | $389.76 |
| ULINE | PLASTIC BAGS 105 PER TH | $1.05 | 500 | $525.00 |
| STERLING ROPE | 1.5 CORD BLK | $0.15 | 100 | $15.00 |
| STERLING ROPE | 1.5 CORD BROWN | $0.15 | 120 | $18.00 |
| FINISHED GLOVES | LARGE | $12.00 | 1080 | $12,960.00 |
| FINISHED GLOVES | XTRA LARGE | $12.00 | 570 | $6,840.00 |
| FINISHED GLOVES | XXTRA LARGE | $12.00 | 792 | $9,504.00 |
| YKK | COVERAL SNAPS | $0.04 | 11600 | $464.00 |
|  |  |  |  | **$159,732.43** |

All figures were original asking prices.  Current market value is less than 10% of that price.

# FAIR MARKET VALUE
# MACHINERY

27-Jan-2017    ·    42762    OWNER

| Id # | Info | Make | Model | Serial # | Description | Info | market | resale |
|---|---|---|---|---|---|---|---|---|
| 1 | I | Juki | DLN-5410-6 | DLNVK13317 | Single Needle | SWC | $1,500.00 | $225.00 |
| 2 | I | Juki | DLU-5490N-7 | 9119-2 | Single Needle | SWC | $1,500.00 | $225.00 |
| 3 | s | Juki | DLN-5490N-7 | DLUCD-25280 | Single Needle | SWC | $1,500.00 | $225.00 |
| 4 | s | Juki | DLN-5490N-7 | DLUBH-24843 | Single Needle | SWC | $1,500.00 | $225.00 |
| 5 | s | Juki | DLN-5490N-7 | DLUBH-24873 | Single Needle | SWC | $1,500.00 | $225.00 |
| 6 | s | Juki | DLN-5490N-7 | DLUCG-25645 | Single Needle | SWC | $1,500.00 | $225.00 |
| 7 | i | Pegasus | HI-210 | 505-223-4 | Serger | swc | $1,300.00 | $200.00 |
| 8 | s | Juki | DLU-5490N-7 | DLUCD-25278 | Single Needle | SWC | $1,500.00 | $225.00 |
| 9 | s | Juki | DLN-5410N-7 | DLNYD-28306 | Single Needle | SWC | $1,500.00 | $225.00 |
| 10 | s | Juki | DLU-5490N-7 | DLUBH-24859 | Single Needle | SWC | $1,500.00 | $225.00 |
| 11 | s | Juki | DLU-5490N-7 | DLUBH-24831 | Single Needle | SWC | $1,500.00 | $225.00 |
| 12 | s | Juki | DLU-5490N-7 | 06099 | Single Needle | SWC | $1,500.00 | $225.00 |
| 13 | I | Juki | DDL-5550-6 | 593333 | Single Needle | SWC | $1,300.00 | $200.00 |
| 14 | I | Juki | DLN-5410-6 | DLNVK-13314 | Single Needle | SWC | $1,500.00 | $225.00 |
| 17 | s | Singer | 281-1 | AS-50619 | Single Needle | SWC | $1,000.00 | $100.00 |
| 18 | i | Juki | MB-373N | MBOUL19353 | Button Hole | SWC | $2,000.00 | $315.00 |
| 20 | i | Pegasus | 516-4-26 | 8585762 | Safety Stitch | SWC | $1,300.00 | $315.00 |
| 23 | I | Siruba | 516M2-55 | 23100443 | Safety Stitch | SWC | $1,300.00 | $500.00 |
| 24 | I | Brother | DB2-B791-413B | F7570762 | Single Needle | SWC | $1,200.00 | $175.00 |
| 25 | I | Brother | DB2-B791-413B | F7570774 | Single Needle | SWC | $1,200.00 | $175.00 |
| 26 | I | Reese | 101 | 184718 | Button Hole, key | SWC | $6,000.00 | $2,500.00 |
| 27 | I | Durkopp Adler | 745-22/23 | 0745735406 | Reece Pocket | SWC | $10,000.00 | $3,500.00 |
| 28 | s | Consew | 744-R-30 | 4123073 | Long Arm | SWC | $11,000.00 | $3,500.00 |
| 29 | s | Consew | 744-R-30 | 6063541 | Long Arm | SWC | $11,000.00 | $3,500.00 |
| 30 | o | Consew | 744-R-30 | 6082039 | Long Arm | SWC | $11,000.00 | $3,500.00 |
| 31 | S | Consew | 744-R-30 | 6080822 | Long Arm | SWC | $11,000.00 | $3,500.00 |
| 37 | I | Pennsylvania Se | - | 1611 | Fusing Machine | SWC | $4,500.00 | $850.00 |
| 38 | I | Handy Button M | 5PA (506) | air assisted | Button press | SWC | $1,000.00 | $125.00 |
| 39 | S | Trekk Equip Gro | | TE110028 | Heat press | SWC | $9,000.00 | $2,500.00 |
| 40 | s | Torit-Donaldso | 80CAB | 1G463986 (2) | HVAC unit | SWC | $100.00 | $15.00 |
| 41 | s | Heat Press | 898 (15"w x 17"d) | 308 | Heat press | SWC | $500.00 | $100.00 |
| 42 | I | HeatPressNatio | | 12/2014 | Heat press | SWC | $500.00 | $100.00 |
| 43 | I | Uline | H-1036 | 036844 | Tape Dispenser, electric | SWC | $300.00 | $75.00 |
| 44 | I | Uline | H-1254 | A1208731 | Impulse Sealer 24" | SWC | $300.00 | $75.00 |
| 45 | I | Avery Dennison | ST9000 | - | Plastic Staple Attacher | SWC | $500.00 | $160.00 |
| 46 | I | HI-Steam | MVP35 Auto | BF048HS | Steam Iron (large boiler) | SWC | $2,000.00 | $450.00 |
| 47 | I | HI-Steam | SVP24 | - | Steam Iron (small boiler) | SWC | $2,000.00 | $450.00 |

| 51 | I | Juki | MOJ-3916 | MOOZJ44819 | Safety Stitch | SWC | $1,500.00 | $275.00 |
|---|---|---|---|---|---|---|---|---|
| 53 | i | Siruba | DL7000-MI-13 | 25389136 | Single Needle | SWC | $995.00 | $300.00 |
| 54 | i | Siruba | DL7000-MI-13 | 25388951 | Single Needle | swc | $995.00 | $300.00 |
| 56 | i | Siruba | DL7000-MI-13 | 25388966 | Single Needle | swc | $995.00 | $300.00 |
| 61 | S | Mitsubishi | LS2-150 | MOB455532 | Single Needle | SWC | $800.00 | $175.00 |
| 64 | i | Mitsubishi | LT2-220 | 4X2175 | Double Needle | SWC | $2,200.00 | $350.00 |
| 65 | i | Juki | MOK-2516N | MOOXC14976 | Safety Stitch | SWC | $1,500.00 | $275.00 |
| 66 | S | Union Special | 1400-C | - | Off the Arm | SWC | $3,500.00 | $850.00 |
| 67 | i | Siruba | DL7000-MI-13 | 25389008 | Single Needle | swc | $995.00 | $300.00 |
| 69 | i | Siruba | DL7000-MI-13 | 25389140 | Single Needle | swc | $995.00 | $300.00 |
| 71 | S | Brother | DB2-B791-413B | F7570765 | Single Needle | SWC | $900.00 | $175.00 |
| 72 | i | Brother | DB2-B791-413B | F7570767 | Single Needle | SWC | $900.00 | $175.00 |
| 84 | S | Consew | LS-341 | CW2368048 | Zigzag | SWC | $2,400.00 | $750.00 |
| 85 | S | Juki | LS-341N | LSOWDO-251 | Zigzag | swc | $2,400.00 | $750.00 |
| 86 | S | Brother | DB2-B722-403 | A9540553 | Single Needle | SWC | $900.00 | $175.00 |
| 88 | S | Econosew | 20U43 | 507160-11 | Zigzag | SWC | $1,800.00 | $225.00 |
| 89 | S | Pfaff | K-418 | 0413-0501002 | Zigzag | SWC | $1,800.00 | $225.00 |
| 90 | S | Pfaff | K-418 | 2141023 | Zigzag | SWC | $1,800.00 | $225.00 |
| 91 | i | Singer | 20U-33 | U88035058 | Zigzag | SWC | $750.00 | $150.00 |
| 92 | S | Pfaff | H-418 | 440544 | Zigzag | SWC | $1,800.00 | $225.00 |
| 93 | i | Mitsubishi | PLK-03BTA | 860030 | Bar Tacker | SWC | $3,000.00 | $450.00 |
| 94 | S | Conveyer | TS7000 | 140820 | Heat conveyer Baker | SWC | $1,000.00 | $200.00 |
| 95 | i | Mitsubishi | LS2-150 | 455535 | Single Needle | SWC | $800.00 | $175.00 |
| 96 | o | TX Auto Produc | ES32 (Mighty Mite) | 355 | Heat press | SWC | $1,000.00 | $150.00 |
| 98 | i | Siruba | DL7000-MI-13 | 25388984 | Single Needle | swc | $995.00 | $300.00 |
| 100 | S | Juki | LH-1172-5 | S01214 | Double Needle | SWC | $2,800.00 | $450.00 |
| 101 | i | Siruba | DL7000-MI-13 | 25388987 | Single Needle | swc | $995.00 | $300.00 |
| 104 | i | Consew | Consew 210 | E41281 | Single Needle | SWC | $2,800.00 | $450.00 |
| 105 | i | King Industrial | DTN-1320 | 35133 | Multi Needle | swc | $3,000.00 | $750.00 |
| 106 | i | Juki | MBH-180 | 180-R07580 | Button Hole | swc | $2,300.00 | $550.00 |
| 107 | S | Juki | LU-563 | 01036 | Single Needle | SWC | $750.00 | $150.00 |
| 108 | S | Mitsubishi | LU-2-420 | 346225 | Double Needle | SWC | $2,100.00 | $450.00 |
| 109 | i | Siruba | DL7000-MI-13 | 25389142 | Single Needle | swc | $995.00 | $300.00 |
| 110 | S | Mitsubishi | LS2-2210 | 890401 | Single Needle | SWC | $800.00 | $175.00 |
| 111 | i | Kensew | CB610 | 052686 | Button | SWC | $1,800.00 | $350.00 |
| 112 | i | Kansai Special | FB1404PM0 | 088281 | 2 Needle Chain Stitch | SWC | $1,800.00 | $400.00 |
| 113 | i | Brother | DB2-B722-403 | M8537253 | Single Needle | SWC | $800.00 | $175.00 |
| 114 | I | Juki | MB-373 | MBOWA03673 | Button | SWC | $1,800.00 | $350.00 |
| 115 | I | Siruba | DL7000-MI-13 | 25388963 | Single Needle | swc | $995.00 | $300.00 |

| 116 | i | Siruba | DL7000-MI-13 | 25389176 | Single Needle | swc | $995.00 | $300.00 |
|-----|---|--------|--------------|----------|---------------|-----|---------|---------|
| 117 | i | Juki | DLN-5410N-7 | DLN20887 | Single Needle | swc | $1,500.00 | $225.00 |
| 118 | i | Pegasus | M632-70 5X5 | 959-1236 | Safety Stitch | swc | $1,300.00 | $500.00 |
| 120 | i | Juki | DDL-5550-6 | R6754 | Single Needle | SWC | $1,100.00 | $175.00 |
| 121 | i | Juki | DLN-415-5 | 010169 | Single Needle | SWC | $1,100.00 | $175.00 |
| 122 | i | Brother | DB2-B791-413B | F7570788 | Single Needle | swc | $800.00 | $175.00 |
| 123 | i | Union Special | 63900AM1/2 | AE1815508 | Cylinder bed | SWC | $1,800.00 | $450.00 |
| 126 | i | Juki | LK1900AN-HS | 2LIFH00889 | Bar Tacker, computer | SWC | $5,000.00 | $1,000.00 |
| 128 | i | Siruba | DL7000-MI-13 | 25389174 | Single Needle | swc | $995.00 | $300.00 |
| 131 | i | Siruba | DL7000-MI-13 | 25380896 | Single Needle | SWC | $995.00 | $300.00 |
| 133 | i | Pegasus | M532-38-3X4 | 9583248 | Safety Stitch | swc | $1,300.00 | $250.00 |
| 134 | S | Mitsubishi | LS2-150 | 465597 | Single Needle | SWC | $800.00 | $175.00 |
| 135 | S | Singer | 212 G 140 | PC1228 | Double Needle | SWC | $1,800.00 | $200.00 |
| 136 | i | Durkopp Adler | 578-114181 | 638686 | Eye Let | SWC | $2,500.00 | $500.00 |
| 137 | i | Siruba | DL7000-MI-13 | 25389000 | Single Needle | swc | $995.00 | $300.00 |
| 141 | i | Siruba | DL7000-HI-13 | 25380849 | Single Needle | swc | $995.00 | $300.00 |
| 144 | i | Willcox | 515-4-31 | 7513809 | Safety Stitch | SWC | $1,300.00 | $300.00 |
| 145 | i | Pegasus | W562-01CB (w500) | 364 | Cover Stitch | swc | $2,700.00 | $300.00 |
| 146 | i | Pegasus | M732-48 | 03888 | Safety Stitch | swc | $1,300.00 | $200.00 |
| 147 | i | Juki | MO-2504 | 2504-L05456 | Serger | swc | $1,500.00 | $225.00 |
| 148 | S | Juki | LU-563 | 330011 | Walking foot | swc | $850.00 | $150.00 |
| 149 | s | Pfaff | 3335-95-01 | 650-236-PM | Bar Tacker | SWC | $1,500.00 | $150.00 |
| 150 | i | Willcox | 504-ETS52-141BA2 | 8676137 | Serger | swc | $1,300.00 | $175.00 |
| 151 | i | Union Special | 63900M | 1284749 | Cylinder bed | SWC | $1,800.00 | $450.00 |
| 152 | i | Juki | DLN-5410-6 | DLNVK13355 | Single Needle | swc | $1,500.00 | $225.00 |
| 154 | i | Juki | DDL-5550-6 | 590312 | Single Needle | swc | $1,300.00 | $225.00 |
| 155 | i | Union Special | 35800DN | 1717484 | Feed off the Arm | SWC | $4,000.00 | $450.00 |
| 157 | i | Pegasus | M632-70 5X5 | 9591184 | Safety Stitch | swc | $1,300.00 | $250.00 |
| 158 | i | Mauser Spezial | 2004-130 | 7811076 | Serger | swc | $1,300.00 | $200.00 |
| 159 | i | Mitsubishi | LS2-150 | MOB455549 | Single Needle | SWC | $800.00 | $175.00 |
| 160 | i | Pegasus | M632-48 | 9573531 | Safety Stitch | SWC | $1,300.00 | $250.00 |
| 162 | i | Juki | DLN-5410N-7 | DLNWK19533 | Single Needle | SWC | $1,500.00 | $225.00 |
| 163 | s | Juki | DLU-5490N-7 | LUBM25086 | Single Needle | SWC | $1,500.00 | $225.00 |
| 164 | i | Juki | DLN-5410-6 | DLN13329 | Single Needle | SWC | $1,500.00 | $225.00 |
| Id # | | Make | Model | Serial # | Description | swc | | |
| 165 | s | Juki | DLU-5490N-7 | FLUBH24812 | Single Needle | swc | $1,500.00 | $225.00 |
| 166 | i | Reese | S2-TF | S242909 | Button Hole | swc | $2,000.00 | $450.00 |
| 167 | i | Pegasus | 516-4-26 | 8591151 | Safety Stitch | swc | $1,300.00 | $225.00 |
| 168 | i | Hudson Machin | F40/S | 20Q125208 | Clicker Press | SWC | $4,000.00 | $850.00 |

| 169 | o | H. Schwabe Inc | - | 26167 | Clicker Press | SWC | $1,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|
| 170 | i | Sheffield | HC-204 | 4522 | Hot/Cold Knife | SWC | $4,500.00 | $950.00 |
| 171 | i | Consew | 918-8 | 014011289 | Cutting Knife | SWC | $1,100.00 | $180.00 |
| 172 | i | Consew | 918-8 | 014011308 | Cutting Knife | SWC | $1,100.00 | $180.00 |
| 173 | i | Consew | 918-8 | 011111782 | Cutting Knife | SWC | $1,100.00 | $180.00 |
| 174 | S | Beaver | Drill Marker | FLDO 10772 | Drill Marker | SWC | $850.00 | $75.00 |
| 175 | i | Quincy | QT-5 Vertical | UTZ554209 | Air Compressor | SWC | $2,000.00 | $400.00 |
| 176 | i | Quincy | QT-5 Vertical | UTZ554325 | Air Compressor | swc | $2,000.00 | $400.00 |
| 177 | S | Gribetz | DG5500 | 896 | Quilter | swc | $500.00 | $100.00 |
| 178 | I | Mitsubishi | FGC15 | AFB 81B-50315 | Forklift | SWC | $8,000.00 | $2,000.00 |
| 179 | I | Toyota | 5FGC25 | 5FGCU-25-75944 | Forklift | swc | $8,000.00 | $2,000.00 |
| 180 | i | Shop made | shop made | na | Pick-N-Turn | swc | $100.00 | $15.00 |
| 181 | i | Shop made | shop made | na | Vacuum table | swc | $100.00 | $15.00 |
| 182 | S | Mitsubishi | PLK-03BTA | 850022 | Bar Tacker | SWC | $4,000.00 | $300.00 |
| 183 | S | Shop made | shop made | Left | hand foam insert | SWC | $100.00 | $15.00 |
| 184 | S | Shop made | shop made | Right | hand foam insert | SWC | $100.00 | $15.00 |
| 185 | o | Craftmen | 919.167220 | 2202002079 | | swc | $250.00 | $100.00 |
| 186 | s | Singer | 591C300GDW | U970210014 | Single Needle | swc | $1,100.00 | $75.00 |
| 187 | s | Consew | 817 | 81027 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| 188 | s | Consew | 817 | 81023 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| 189 | s | Mitsubishi | LT2-2220 | 396653 | Double Needle | SWC | $1,800.00 | $200.00 |
| 190 | s | Kansai Special | DLH1503 | 778069 | 2 Needle Chain Stitch | swc | $1,800.00 | $200.00 |
| 191 | s | Union Special | 817 | 5071 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| 192 | s | Brother | LK3-B439 | J5511201 | Bar Tacker | swc | $3,900.00 | $800.00 |
| 193 | s | Union Special | 718-9 | 99618 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| 194 | s | Union Special | 718-9 | 89813 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| 195 | s | Brother | DB2-B791-413B | F7570776 | Single Needle | swc | $995.00 | $175.00 |
| 196 | p | Juki | DLN-5410-6 | DLNUM08674 | Single Needle | swc | $1,500.00 | $225.00 |
| 197 | s | Juki | DLU-5490N-7 | UC1127843 | Single Needle | swc | $1,500.00 | $225.00 |
| 198 | p | Juki | DLU-5490N-7 | UC1124858 | Single Needle | swc | $1,500.00 | $225.00 |
| 199 | s | Toledo | 4181 | 1611083 | Scale | swc | $100.00 | $15.00 |
| 200 | s | C-Pan | 320 | 691381 | Sealer, plastic bag | swc | $100.00 | $15.00 |
| 201 | s | Shanklin | T-7XL | T83215 | Pillow packer | swc | $100.00 | $15.00 |
| 202 | p | Mitsubishi | PLK-03BTA | 860088 | Bar Tacker, computer | SWC | $4,000.00 | $450.00 |
| 203 | p | Juki | DLU-5490N-7 | LUC-25647 | Single Needle | swc | $1,500.00 | $225.00 |
| 204 | s | Consew | 817 | 80992 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| 205 | s | Consew | 817 | 81018 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| 206 | s | Consew | 817 | 81014 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| 207 | s | Union Special | 718-9 | 3333 | Blind Stitch | SWC | $1,100.00 | $180.00 |

| Id # | | Make | Model | Serial # | Description | | | |
|---|---|---|---|---|---|---|---|---|
| 208 | s | Willcox | W664-01GB-08 | 364 | Cover Stitch | SWC | $2,700.00 | $400.00 |
| 209 | s | Pfaff | 3335-958-01 | 650/36 | Bar Tacker | SWC | $2,000.00 | $300.00 |
| 210 | s | Consew | 817 | 81020 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| 211 | s | Consew | 817 | 81016 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| 212 | s | Union Special | 718-9 | 00149103 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| 213 | s | Juki | DLU-5490N-7 | 9518-4 | Single Needle | SWC | $1,500.00 | $225.00 |
| 214 | s | Kansai Special | DFB-1412P | 702269 | Multi chain Stitch | SWC | $4,000.00 | $450.00 |
| 215 | s | Juki - Union Spe | 36200TJ | EG1866186 | Flat Lock | SWC | $3,500.00 | $600.00 |
| 216 | s | Union Special | 36200PA | 1734642 | Flat Lock | SWC | $3,500.00 | $600.00 |
| 217 | i | Brother | LT2-B482-405 | F2552820 | Double Needle | SWC | $2,800.00 | $350.00 |
| 218 | s | Union Special | 51400PF | 711755 | 2 Needle Chain Stitch | SWC | $1,800.00 | $200.00 |
| 219 | s | Consew | 817 | 81000 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| Id # | | Make | Model | Serial # | Description | | | |
| 220 | s | Union Special | 718-9 | 89020 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| 221 | s | Consew | 817 | 80989 | Blind Stitch | SWC | $1,100.00 | $180.00 |
| 222 | i | Rimoldi | - | 3803002M | Belt loop | SWC | $4,500.00 | $500.00 |
| 223 | s | 3M Matic | 18600 | 006444 | Tape Dispenser, electric | SWC | $3,500.00 | $325.00 |
| 224 | s | 3M Matic | 18600 | 042431 | Tape Dispenser, electric | SWC | $3,500.00 | $325.00 |
| 225 | S | Juki | LK-982 | 980-044405 | Bar Tacker, max 5/8" | SWC | $1,800.00 | $100.00 |
| 226 | s | Brother | LK3-BA439 | 9590158 | Bar Tacker, uses a Cam | SWC | $3,900.00 | $100.00 |
| 227 | s | Brother | LT2-B842-3 | H95709712 | Double needle | SWC | $2,800.00 | $350.00 |
| 228 | i | Brother | LT2-B842-3 | 42928 | Double needle | SWC | $2,800.00 | $350.00 |
| 229 | i | Pegasus | W562-08AC | 364-2 | Cover Stitch | SWC | $2,700.00 | $400.00 |
| 230 | S | Singer | 300U201 | U920519005 | Multi Needle | SWC | $2,500.00 | $300.00 |
| 231 | s | Brother | LT2-B842-3 | H9570968 | Double Needle | SWC | $2,800.00 | $350.00 |
| 232 | s | Brother | LT2-B842-3 | H9570073 | Double Needle | SWC | $2,800.00 | $350.00 |
| 233 | s | Brother | LT2-B842-3 | H9570067 | Double Needle | SWC | $2,800.00 | $350.00 |
| 234 | s | Brother | LT2-B842-3 | H9570070 | Double Needle | SWC | $2,800.00 | $350.00 |
| 235 | s | Brother | LT2-B842-3 | H9542034 | Double Needle | SWC | $2,800.00 | $350.00 |
| 236 | s | Brother | LT2-B842-3 | 00171542 | Double Needle | SWC | $2,800.00 | $350.00 |
| 237 | s | Brother | LT2-B842-3 | H957098 | Double Needle | SWC | $2,800.00 | $350.00 |
| 238 | I | Brother | LT2-B842-3 | H9570974 | Double Needle | SWC | $2,800.00 | $350.00 |
| 239 | I | Brother | LT2-B842-3 | H9570978 | Double Needle | SWC | $2,800.00 | $350.00 |
| 240 | I | Brother | LT2-B842-3 | H9542080 | Double Needle | SWC | $2,800.00 | $350.00 |
| 241 | s | Brother | LT2-B842-3 | H9570932 | Double Needle | SWC | $2,800.00 | $350.00 |
| 242 | s | Brother | LT2-B842-3 | H8552990 | Double Needle | SWC | $2,800.00 | $350.00 |
| 243 | s | Brother | LT2-B842-3 | B8553015 | Double Needle | SWC | $2,800.00 | $350.00 |
| 244 | p | Mauser Spezial | 2004 | 01-253-W4 | Safety Stitch | SWC | $1,300.00 | $200.00 |
| 245 | s | Union Special | DTN-132 | 30270 | Multi Needle | SWC | $2,500.00 | $300.00 |

| Id # | | Make | Model | Serial # | Description | | | |
|---|---|---|---|---|---|---|---|---|
| 246 | s | Tape Machine | BEL-5342 | 00239934 | Tape Dispenser, electric | swc | $3,500.00 | $325.00 |
| 247 | s | Kansai Special | DFB-1412P | 03156 | Multi chain Stitch | swc | $3,500.00 | $450.00 |
| 248 | I | Kansai Special | DFB-1412P | 001281 | Multi chain Stitch | swc | $3,500.00 | $450.00 |
| 249 | s | Tape Machine | BEL-5342 | 28900 | Tape Dispenser, electric | swc | $3,500.00 | $450.00 |
| 250 | I | Kansai Special | DFB-1413P | J44828 | Multi chain Stitch | swc | $3,500.00 | $450.00 |
| 251 | s | Kansai Special | DFB-1413P | 088-37 | Multi chain Stitch | swc | $3,500.00 | $450.00 |
| 252 | s | Tape Bag | BORRTOT | 14102-31 | Bagger | swc | $200.00 | $25.00 |
| 253 | s | Yale | Doerr | 800570EA | Ceiling Hoist | SWC | $1,500.00 | $175.00 |
| 254 | s | Weldotrom | 7222A | CL63072 | Pillow Drier | SWC | $1,000.00 | $75.00 |
| 255 | s | Package | 2412-TM | 92010503 | Pillow Cutter | SWC | $1,000.00 | $75.00 |
| 256 | s | Thrifty Lipty | 8' Conveyer | 01082 | Conveyer rail system | SWC | $1,000.00 | $100.00 |
| 257 | s | LSA Company | HZ9178 | 9378 | Heat Press | SWC | $200.00 | $25.00 |
| 258 | s | Kelair Company | 250 | 640162 | Air Drier | SWC | $5,000.00 | $500.00 |
| 259 | s | Cooper | EBERGD | B9BABBB | Blower | SWC | $500.00 | $25.00 |
| 260 | s | Union Special | - | 1498201 | Cylinder bed | SWC | $1,800.00 | $100.00 |
| 261 | i | Laser-Glow | LBD635NC590CYC | Bright line Economy | laser | swc | $150.00 | $10.00 |
| 262 | i | Laser-Glow | LBD635NC590CYC | Bright line Economy | laser | swc | $150.00 | $10.00 |
| 263 | s | Weight-Tronix | DSL4848-05 | 10180 | Scale, pallet | swc | $100.00 | $10.00 |
| 264 | s | Weight-Tronix | WI-110 | 033421 | Scale, pallet Display | swc | $100.00 | $10.00 |
| 265 | i | Spreading Cart | Rotating Head | - | Spreading cart | swc | $1,100.00 | $150.00 |
| 266 | i | Spreading Cart | Black | - | Spreading cart | swc | $1,100.00 | $150.00 |
| 267 | i | Spreading Cart | Grey-blue | - | Spreading cart | SWC | $1,100.00 | $150.00 |
| 268 | i | Clicker Dies | Various Models 30+ | - | Dies, Id by type | swc | $10,000.00 | $2,000.00 |
| 269 | i | Typical | | 210730021 | Double Needle | swc | $2,450.00 | $550.00 |
| 270 | i | Typical | | 210730007 | Double Needle | swc | $2,450.00 | $550.00 |
| 271 | i | Juki | LK1900B-HS | 2LIHJ01023 | Bar Tacker, computer | SWC | $5,000.00 | $500.00 |
| 272 | i | HI-Steam | PND-2500A | 1584 | Vacuum iron board | swc | $2,100.00 | $350.00 |
| 273 | i | Reliable | XD-CD3 | 0611001 | Drill Marker, hot/cold | swc | $1,100.00 | $175.00 |
| 274 | p | Reese | 2S-TF | 1454 | Button Hole | swc | $1,800.00 | $400.00 |
| Id # | | Make | Model | Serial # | Description | | | |
| 275 | i | - | - | - | Safety Basket, Forklift | swc | $250.00 | $35.00 |
| 276 | i | Central Pneuma | 6971b : 5gal | -July 2015 | air tank, portable | swc | $25.00 | $0.00 |
| 277 | i | Central Pneuma | 6971b : 5gal | -July 2015 | air tank, portable | swc | $25.00 | $0.00 |
| 278 | s | Regenerative Bl | R6335A-13 | 0289 | Cutting table vacuum | swc | $6,000.00 | $1,000.00 |
| 279 | s | Regenerative Bl | R6335A-13 | 0589 | Cutting table vacuum | swc | $6,000.00 | $1,000.00 |
| 280 | s | Regenerative Bl | R6335A-13 | 0590 | Cutting table vacuum | swc | $6,000.00 | $1,000.00 |
| 281 | i | Pami | 001 | DX-6907 | Pocket Presser/Creaser | swc | $7,000.00 | $800.00 |
| 282 | s | Speedair by Day | 4XA62 | D039974 | Air Compressor | swc | $500.00 | $0.00 |
| 283 | I | Kansai Special | DFB-1412P | 702271 | Multi chain Stitch | swc | $3,900.00 | $400.00 |

| 400 | | safereflection | new | | Heat Press | swc | $4,730.00 | $4,730.00 |
|-----|---|---|---|---|---|---|---|---|
| | | TRAILER | 45' TRAILER | y40573 | | SWC | $2,000.00 | $1,500.00 |
| | | TRAILER | 45' TRAILER | T14522 | | SWC | $2,000.00 | $1,500.00 |
| | | TRAILER | 45' TRAILER | INNZA4525 | | SWC | $2,000.00 | $1,500.00 |
| | | TRAILER | 53' TRAILER | 171615 | | SWC | $4,800.00 | $3,000.00 |
| | | | | | | | | $102,530.00 |
| | | | | | | | $499,105.00 | $102,530.00 |

All values at cost

# FURNITURE

## Southwest Cutters LLC Property ID # 604356

1430 GAIL BORDEN PL SUITE 1-C EL PASO, TX 79935          9/1/2016

**FURNITURE**

| Item | | | Value | Condition | Location |
|------|---|---|-------|-----------|----------|
| LOCKERS (1 SECTION) | " | " | 1488 | NEW | CAFETERIA |
| L SHAPED DESK (3 | " | | 1986 | NEW | ACCT, SHANE OFFICE |
| CHAIRS (21) | " | " | 953 | NEW | CAFETERIA |
| TABLES (12) | " | " | 2476 | NEW | CAFETERIA |
| MICROWAVES (25) | " | " | 1200 | NEW | CAFETERIA |
| SEARS ICE BOX (1) | " | " | 504 | NEW | CAFETERIA |
| VENDING MACHINE (1) | " | " | 3625 | NEW | CAFETERIA |
| FILE CABINETS (16) | | | 1000 | USED | ACCT, SHANE OFFICE,SR, JR, SAUL WAREHOUSE,DESIGN |
| COPIERS 7 | | | 1000 | NEW | ACCT,SHANE'S,SR, JR,SAUL, DESIGN AND WAREHOUSE |
| TABLE HAND MADE (1) | " | " | 175 | NEW | MECHANICS |
| PUSH CARTS (3) | " | " | 311 | NEW | FLOOR |
| H. D. FANS (5) | " | " | 623 | NEW | FLOOR |
| CHAIRS (6) | " | " | 893 | NEW | FLOOR |
| DESKS | " | " | 3459 | new | SR AND JR'S, DESIGN AND PRODUCTION |
| CHAIRS | " | " | 1266 | new | ACCT, JR, SHANE,AND SR |
| CHAIRS | " | " | 950 | used | FLOOR |
| CAFETERIA EQ | " | " | 3000 | new | CAFETERIA |
| FIRE PROOF SAFE | " | " | 600 | used | SUPPLY ROOM |
| CONFERENCE TABLE/CHAIRS | | | 2000 | USED | SR'S |
| STORAGE CONTAINERS | | | 1000 | NEW | MECHANICS |
| WORK BENCHS | | | 300 | H MADE | MECHANICS |

**OFFICE EQUIPMENT**

| Item | | | Value | Condition | Location |
|------|---|---|-------|-----------|----------|
| TIME CLOCK (1) | " | " | 663 | NEW | |
| BLUTEC SOFTWARE (1) | " | " | 5000 | NEW | SHANES OFFICE |
| PLOTTER (1) | " | " | 8995 | NEW | SHANES OFFICE |
| IPAD (2) | " | " | 1423 | NEW | SHANES OFFICE AND QC |
| PHONE (1) | " | " | 590 | NEW | SHANE |
| EPSON PRINTER 1 | " | " | 250 | | ACCT |

| | | | | |
|---|---|---|---|---|
| MOTOROLA WALKIE TALKIES (10) | | | 500 | |
| ZEBRA LABEL PRINTER | | | 1500 | SHANE |
| HP PRINTERS 4 | | | 400 | |
| COMPUTERS ( 2) | " | " | 2363 NEW | 2 ACCOUNTING |
| PHONE SYSTEM | " | " | 4173 new | ACCT |
| COMPUTERS (4) | " | " | 4233 new | SR, JR SHANE AND PRODUCTION |
| FAX MACHINE ( 1) | " | " | 200 new | ACCT |

**TOOLS**

| | | | | |
|---|---|---|---|---|
| SMALL TOOLS (100) | " | " | 3200 new | FLOOR |
| DIES  ( 24) | " | " | 5395 new | FLOOR/MECHANICS ROOM |
| MISC SEWING MACHINE SUPPLIES NEEDLES, GUIDES, | | | 4000 NEW | MAINTANCE ROOM |
| FIRE EXTINGUISHERS | | | 800 | |
| | | | 72494 | |

**Fill in this information to identify the case:**

Debtor name    __Southwest Cutters, LLC__

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Bank of America**<br>**Equipment Loan**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Equipment** | $22,484.52 | $0.00 |
| | **P.O. Box 660576**<br>**Dallas, TX 75266-0576**<br>Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Date debt was incurred | | | |
| | Last 4 digits of account number<br>**2543** | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **El Paso County Tax**<br>**Assessor/Collector**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Personal property tax** | $2,500.00 | $2,534.53 |
| | **301 Manny Martinez Dr.**<br>**El Paso, TX 79905**<br>Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Date debt was incurred | | | |
| | Last 4 digits of account number<br>**4356** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Southwest Cutters, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Hoy Fox Automotive Market** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Duplicate address for Mercedes Benz Financial** | | |

**1122 Airway Blvd.
El Paso, TX 79925**

Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Mercedes Benz Financial Services** | Describe debtor's property that is subject to a lien | $10,816.38 | $20,080.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 Mercedes Benz E Clas** | | |

**P.O. Box 5209
Carol Stream, IL
60197-5209**

Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**November 21, 2013**

Last 4 digits of account number

**0001**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Tax Assessor/Collector** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Duplicate** | | |

**P.O. Box 660271
Dallas, TX 75266-0271**

Creditor's mailing address

Describe the lien

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 2 of 4

Debtor   **Southwest Cutters, LLC**
         Name                                                              Case number (if know) _____

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |
| Date debt was incurred | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number<br>**4356** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Team Growth Fund, LLC** | Describe debtor's property that is subject to a lien | $1,685,728.00 | $482,480.90 |
|---|---|---|---|---|

Creditor's Name

**c/o Clyde Pine, Jr.**
**100 N. Stanton, Ste. 1000**
**El Paso, TX 79901**
Creditor's mailing address

**Blanket lien**

Describe the lien

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |
| Date debt was incurred | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.7 | **Team Growth Fund, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**13168 Saker Dr.**
**Horizon, TX 79928-6211**
Creditor's mailing address

**Duplicate address**

Describe the lien

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |
| Date debt was incurred | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

Official Form 206D        **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**                    page 3 of 4

| Debtor | **Southwest Cutters, LLC** | | Case number (if know) | |
| | Name | | | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$1,721,528.90

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Southwest Cutters, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Office**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$313,000.00** | **$313,000.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4666**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**IRS Insolvency Office**<br>**300 E. 8th Street, Mail Stop**<br>**5026AUS**<br>**Austin, TX 78701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Southwest Cutters, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **United States Attorney**<br>**Civil Process Clerk-**<br>**Internal Revenue Service**<br>**601 N.W. Loop 410, Suite 600**<br>**San Antonio, TX 78216** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **United States Attorney General**<br>**Department of Justice**<br>**950 Pennsylvania Avenue, N.W.**<br>**Washington, DC 20530** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,919.90 |
|---|---|---|---|
| | **A&E Thread**<br>**P.O. Box 507**<br>**Mount Holly, NC 28120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  8177 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.66 |
|---|---|---|---|
| | **Adjo, Inc.**<br>**21 Deleware Ave.**<br>**Gloversville, NY 12078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,358.40 |
|---|---|---|---|
| | **Apex Mills Corp.**<br>**c/o Milberg Factors**<br>**99 Park Ave.** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  0344 | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Southwest Cutters, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4** Nonpriority creditor's name and mailing address
**Atlas Sewing Parts & Supplies**
c/oTony Silva
1630 Texas Ave. #D
El Paso, TX 79901

Date(s) debt was incurred _
Last 4 digits of account number **S057**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$2,550.88**

---

**3.5** Nonpriority creditor's name and mailing address
**Bank of America**
P.O. Box 15796
Wilmington, DE 19886

Date(s) debt was incurred _
Last 4 digits of account number **3800**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$13,232.61**

---

**3.6** Nonpriority creditor's name and mailing address
**Bank of America**
P.O. Box 15796
Wilmington, DE 19886

Date(s) debt was incurred _
Last 4 digits of account number **2572**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$20,345.27**

---

**3.7** Nonpriority creditor's name and mailing address
**Brookwood Co.**
P.O. Box 890011
Charlotte, NC 28289

Date(s) debt was incurred _
Last 4 digits of account number **5735**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$24,000.00**

---

**3.8** Nonpriority creditor's name and mailing address
**Carlisle Finishing, LLC**
714 Bethlehem Pike, #205
Ambler, PA 19002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$7,535.81**

---

**3.9** Nonpriority creditor's name and mailing address
**Chase**
P.O. Box 94014
Palatine, IL 60094-4014

Date(s) debt was incurred _
Last 4 digits of account number **9805**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$17,155.05**

---

**3.10** Nonpriority creditor's name and mailing address
**CN-Clark Company**
1403 Person St.
Durham, NC 27703

Date(s) debt was incurred _
Last 4 digits of account number **7519**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$3,372.57**

---

| Debtor | **Southwest Cutters, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address
**Cyberknit**
315 W. 39th St., Ste. 709
New York, NY 10018

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$26,682.18**

---

**3.12** | Nonpriority creditor's name and mailing address
**Diversitex**
376 Hollywood Ave.
Fairfield, NJ 07004

Date(s) debt was incurred _
Last 4 digits of account number **9205**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$209,764.02**

---

**3.13** | Nonpriority creditor's name and mailing address
**Donald Martinez**
6035 Laguna Vista
El Paso, TX 79932

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$133,000.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**El Paso Disposal**
5539 El Paso Dr.
El Paso, TX 79905

Date(s) debt was incurred _
Last 4 digits of account number **1294**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$440.70**

---

**3.15** | Nonpriority creditor's name and mailing address
**Estes Express Lines**
P.O. Box 25612
Richmond, VA 23260

Date(s) debt was incurred _
Last 4 digits of account number **1618**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,578.80**

---

**3.16** | Nonpriority creditor's name and mailing address
**FedEx Freight**
P.O. Box 10306
Palatine, IL 60055-0306

Date(s) debt was incurred _
Last 4 digits of account number **8857**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,093.78**

---

**3.17** | Nonpriority creditor's name and mailing address
**Henderson Fire Protection**
P.O. Box 4193
El Paso, TX 79914

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$809.01**

---

Debtor __Southwest Cutters, LLC_____ Case number (if known) _____
     Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,098.10 |
|---|---|---|---|
| | **Insect Shield, LLC** | ☐ Contingent | |
| | **814 W. Market St.** | ☐ Unliquidated | |
| | **Greensboro, NC 27401** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,938.16 |
|---|---|---|---|
| | **International Textile Group, Inc.** | ☐ Contingent | |
| | **P.O. Box 741340** | ☐ Unliquidated | |
| | **Atlanta, GA 30374-1340** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|---|---|---|---|
| | **Libertas Funding, LLC** | ☐ Contingent | |
| | **382 Greenwich Ave., Ste. 2** | ☐ Unliquidated | |
| | **Greenwich, CT 06830-6532** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,596.69 |
|---|---|---|---|
| | **Lift Truck Service** | ☐ Contingent | |
| | **206 Raynolds** | ☐ Unliquidated | |
| | **El Paso, TX 79905** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,895.00 |
|---|---|---|---|
| | **Miami Thread** | ☐ Contingent | |
| | **P.O. Box 3166** | ☐ Unliquidated | |
| | **Drexel, NC 28619** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |
|---|---|---|---|
| | **Monique Gattegno** | ☐ Contingent | |
| | **368 Shadow Mountain Dr., Apt. 106D** | ☐ Unliquidated | |
| | **El Paso, TX 79912** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Personal loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $732.49 |
|---|---|---|---|
| | **Old Dominion** | ☐ Contingent | |
| | **P.O. Box 841324** | ☐ Unliquidated | |
| | **Dallas, TX 75284-1324** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __0589__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Southwest Cutters, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.25** Nonpriority creditor's name and mailing address
QST Industries
15 West 36th St., #2
New York, NY 10018

Date(s) debt was incurred _
Last 4 digits of account number  5951

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$14,452.96**

---

**3.26** Nonpriority creditor's name and mailing address
SAIA Motor Freight Line, Inc.
P.O. Box 730532
Dallas, TX 75373-0532

Date(s) debt was incurred _
Last 4 digits of account number  3558

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,138.24**

---

**3.27** Nonpriority creditor's name and mailing address
Samuel S. Sipes
6006 N. Mesa, St. 1000
El Paso, TX 79912

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$963.00**

---

**3.28** Nonpriority creditor's name and mailing address
SML USA
777 Main Street.
Lewiston, ME 04240

Date(s) debt was incurred _
Last 4 digits of account number  1992

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$6,602.63**

---

**3.29** Nonpriority creditor's name and mailing address
SnD Manufacturing Ltd.
122515 Forestgate Dr., Ste. 101
Dallas, TX 75243

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$6,600.00**

---

**3.30** Nonpriority creditor's name and mailing address
Tennessee Attachment Co.
P.O. Box 188
White Bluff, TN 37187

Date(s) debt was incurred _
Last 4 digits of account number  OCU4

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,474.66**

---

**3.31** Nonpriority creditor's name and mailing address
Texas Barcode Systems
P.O. Box 700637
Dallas, TX 75370

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,449.69**

---

| Debtor | **Southwest Cutters, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,100.00 |
|---|---|---|---|
| | **TQL Total Quality Logistics** | ☐ Contingent | |
| | **P.O. Box 634558** | ☐ Unliquidated | |
| | **Cincinnati, OH 45263** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **4501** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,000.00 |
|---|---|---|---|
| | **Wells Fargo** | ☐ Contingent | |
| | **P.O. Box 51166** | ☐ Unliquidated | |
| | **Los Angeles, CA 90051** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0001** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,645.50 |
|---|---|---|---|
| | **William Stagg P.C.** | ☐ Contingent | |
| | **220 Heymann Blvd.** | ☐ Unliquidated | |
| | **Lafayette, LA 70503** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,000.00 |
|---|---|---|---|
| | **Yellowstone Capital, LLC** | ☐ Contingent | |
| | **1 Evertrust Plaza, Ste. 1401** | ☐ Unliquidated | |
| | **Jersey City, NJ 07302** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 313,000.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ | 989,682.76 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | | 5c. | $ | 1,302,682.76 |

Fill in this information to identify the case:

Debtor name   **Southwest Cutters, LLC**

United States Bankruptcy Court for the:   **WESTERN DISTRICT OF TEXAS**

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment financing lease.** | |
| | State the term remaining | **Four leases, expiring 2019, 2020, and 2021.** | **Ascentium Capital Corp Service Co.**<br>**P.O. Box 979059**<br>**Miami, FL 33197-9059** |
| | List the contract number of any government contract | **Balance $223,025.00** | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | duplicate | |
| | State the term remaining | | **Ascentium Capital, LLC**<br>**P.O. Box 301593**<br>**Dallas, TX 75303-1593** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **duplicate of Ascentium Capital** | |
| | State the term remaining | | **CHTD Company**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Duplicate of Ascentium Capital** | |
| | State the term remaining | | **Corporation Service Company**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | __Southwest Cutters, LLC__ | | | Case number _(if known)_ | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### ▉ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Equipment financing lease | |
|---|---|---|---|
| | State the term remaining | Balance $46,078.00 | Direct Capital Bank N.A.<br>155 Commerce Way<br>Portsmouth, NH 03801 |
| | List the contract number of any government contract | _____ | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Unexpired lease of 1430 Gail Borden, Ste. 1-C. | |
|---|---|---|---|
| | State the term remaining | Month-to-month | Texzona<br>P.O. Box 522541<br>El Paso, TX 79953 |
| | List the contract number of any government contract | _____ | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Duplicate | |
|---|---|---|---|
| | State the term remaining | | U.S. Bank<br>P.O. Box 790448<br>Saint Louis, MO 63179-0448 |
| | List the contract number of any government contract | _____ | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Equipment financing lease | |
|---|---|---|---|
| | State the term remaining | Balance $133,424.11 | U.S. Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Southwest Cutters, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| **2.1** Donald Martinez | 6035 Laguna Vista El Paso, TX 79932 | Team Growth Fund, LLC | ■ D __2.12__ ☐ E/F ____ ☐ G ____ |
| **2.2** Donald Martinez | 6035 Laguna Vista El Paso, TX 79932 | Mercedes Benz Financial Services | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |
| **2.3** Donald Martinez | 6035 Laguna Vista El Paso, TX 79932 | Libertas Funding, LLC | ☐ D ____ ■ E/F __3.20__ ☐ G ____ |
| **2.4** Donald Martinez | 6035 Laguna Vista El Paso, TX 79932 | Yellowstone Capital, LLC | ☐ D ____ ■ E/F __3.35__ ☐ G ____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Southwest Cutters, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended Schedule _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    x _____
Signature of individual signing on behalf of debtor

**Donald A. Martinez, Sr.**
Printed name

**Managing Member**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Southwest Cutters, LLC** | |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017 to Filing Date** | ■ Operating a business<br>☐ Other _____ | **$250,000.00** |
| **For prior year:**<br>From  **1/01/2016 to 12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$3,200,000.00** |
| **For year before that:**<br>From  **1/01/2015 to 12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$2,900,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor **Southwest Cutters, LLC** _____ Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ **None.**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ **None**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ **None**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ **None.**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ **None**

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ **None**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ **None**

Debtor   **Southwest Cutters, LLC**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.   E.P. BUD KIRK**<br>**600 Sunland Park Dr.**<br>**Building Four, Ste. 400**<br>**El Paso, TX 79912** | **Attorney Fees** | **February 6, 2017** | **$7,744.00** |
| Email or website address<br>**budkirk@aol.com** | | | |
| Who made the payment, if not debtor? | | | |
| **11.2.   Sam Sipes**<br>**6006 N. Mesa, Ste. 1000**<br>**El Paso, TX 79912** | | **April 1, 2016** | **$963.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 3

Debtor   **Southwest Cutters, LLC** _____    Case number *(if known)* _____

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

**Address**                                                    **Dates of occupancy**
                                                              **From-To**

| Part 8: | **Health Care Bankruptcies** |
|---------|------------------------------|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---------|-----------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|----------|----------------------------------------------------------------------|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

|  | **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|---|
| 18.1. | **United Bank of El Paso Norte** | XXXX--465 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **February 29, 2016** | $0.00 |
| 18.2. | **Bank of America** | XXXX--106 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **May 9, 2016** | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 4

| Debtor | **Southwest Cutters, LLC** | Case number *(if known)* _____ |
|---|---|---|

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| GI Supply<br>200 Granview Ave.<br>Camp Hill, PA 17011-1706 | 1430 Gail Borden Pl., Ste. 1-C<br>El Paso, TX 79935 | Fabric and components | $30,000.00 |
| Beyond Clothing<br>6363 6th Ave. S.<br>Seattle, WA 98108 | 1430 Gail Borden Pl., Ste. 1-C<br>El Paso, TX 79935 | Fabric and components | $5,000.00 |
| Massif<br>c/o Verst GRP<br>300 Shorland Dr.<br>Walton, KY 41094 | 1430 Gail Borden Pl., Ste. 1-C<br>El Paso, TX 79935 | Fabric and components | $40,000.00 |
| PTX Textiles, Inc.<br>4700 Commercial Park Ct., Ste. 2<br>Clemmons, NC 27012 | 1430 Gail Borden Pl., Ste. 1-C<br>El Paso, TX 79935 | Fabric and componets | $25,000.00 |
| Safariland, Inc.<br>3120 E Mission Blvd.<br>Ontario, CA 91761 | 1430 Gail Borden Pl., Ste. 1-C<br>El Paso, TX 79935 | Fabric and componets | $1,000.00 |
| Samtech, LLC dba Massif<br>498 Oak Street<br>Ashland, OR 97520 | 1430 Gail Borden Pl. Ste. 1-C<br>El Paso, TX 79935 | Fabric, trims and other raw materials | $0.00 |

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Southwest Cutters, LLC | Case number (if known) | |
|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Jensen Accountancy International, LLC**<br>**5812 Cromo Dr.**<br>**El Paso, TX 79912** | **2008-current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    __Southwest Cutters, LLC__                                    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.    **Donald Martinez**
          **1430 Gail Border Pl., Ste. 1C**
          **El Paso, TX 79935**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    **Team Growth, LLC**
          **13168 Saker Dr.**
          **Horizon City, TX 79928-6211**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1 **Donald Martinez** | **December 31, 2016** | **$220,361.70  (cost)** |

**Name and address of the person who has possession of inventory records**

**Southwest Cutters, LLC**
**1430 Gail Borden Pl., Ste. 1C**
**El Paso, TX 79935**

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Donald Martinez, Sr.** | **6035 Laguna Vista Dr.**<br>**El Paso, TX 79932** | **Managing Member** | **100%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor  **Southwest Cutters, LLC** _____     Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Donald Martinez, Sr.** | **$1,500/week** | **Jan 1, 2017 to present** | **Salary** |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02-13-17

_____  Se     **Donald A. Martinez, Sr.** _____
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor  **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Texas

In re   **Southwest Cutters, LLC**

_____
Debtor(s)

Case No. _____

Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   _02-13-17_____

_____
**Donald A. Martinez, Sr./Managing Member**
Signer/Title

A&E Thread
P.O. Box 507
Mount Holly, NC 28120


Adjo, Inc.
21 Deleware Ave.
Gloversville, NY 12078


Apex Mills Corp.
c/o Milberg Factors
99 Park Ave.


Ascentium Capital Corp Service Co.
P.O. Box 979059
Miami, FL 33197-9059


Ascentium Capital, LLC
P.O. Box 301593
Dallas, TX 75303-1593


Atlas Sewing Parts & Supplies
c/oTony Silva
1630 Texas Ave. #D
El Paso, TX 79901


Bank of America
P.O. Box 15796
Wilmington, DE 19886


Bank of America Equipment Loan
P.O. Box 660576
Dallas, TX 75266-0576


Brookwood Co.
P.O. Box 890011
Charlotte, NC 28289


Carlisle Finishing, LLC
714 Bethlehem Pike, #205
Ambler, PA 19002


Chase
P.O. Box 94014
Palatine, IL 60094-4014

CHTD Company
P.O. Box 2576
Springfield, IL 62708


CN-Clark Company
1403 Person St.
Durham, NC 27703


Corporation Service Company
P.O. Box 2576
Springfield, IL 62708


Cyberknit
315 W. 39th St., Ste. 709
New York, NY 10018


Direct Capital Bank N.A.
155 Commerce Way
Portsmouth, NH 03801


Diversitex
376 Hollywood Ave.
Fairfield, NJ 07004


Donald Martinez
6035 Laguna Vista
El Paso, TX 79932


El Paso County Tax Assessor/Collector
301 Manny Martinez Dr.
El Paso, TX 79905


El Paso Disposal
5539 El Paso Dr.
El Paso, TX 79905


Estes Express Lines
P.O. Box 25612
Richmond, VA 23260


FedEx Freight
P.O. Box 10306
Palatine, IL 60055-0306

Henderson Fire Protection
P.O. Box 4193
El Paso, TX 79914


Hoy Fox Automotive Market
1122 Airway Blvd.
El Paso, TX 79925


Insect Shield, LLC
814 W. Market St.
Greensboro, NC 27401


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


International Textile Group, Inc.
P.O. Box 741340
Atlanta, GA 30374-1340


IRS Insolvency Office
300 E. 8th Street, Mail Stop 5026AUS
Austin, TX 78701


Libertas Funding, LLC
382 Greenwich Ave., Ste. 2
Greenwich, CT 06830-6532


Lift Truck Service
206 Raynolds
El Paso, TX 79905


Mercedes Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197-5209


Miami Thread
P.O. Box 3166
Drexel, NC 28619


Monique Gattegno
368 Shadow Mountain Dr., Apt. 106D
El Paso, TX 79912

Old Dominion
P.O. Box 841324
Dallas, TX 75284-1324


QST Industries
15 West 36th St., #2
New York, NY 10018


SAIA Motor Freight Line, Inc.
P.O. Box 730532
Dallas, TX 75373-0532


Samtech, LLC dba Massif
498 Oak Street
Ashland, OR 97520


Samuel S. Sipes
6006 N. Mesa, St. 1000
El Paso, TX 79912


SML USA
777 Main Street.
Lewiston, ME 04240


SnD Manufacturing Ltd.
122515 Forestgate Dr., Ste. 101
Dallas, TX 75243


Tax Assessor/Collector
P.O. Box 660271
Dallas, TX 75266-0271


Team Growth Fund, LLC
c/o Clyde Pine, Jr.
100 N. Stanton, Ste. 1000
El Paso, TX 79901


Team Growth Fund, LLC
13168 Saker Dr.
Horizon, TX 79928-6211


Tennessee Attachment Co.
P.O. Box 188
White Bluff, TN 37187

Texas Barcode Systems
P.O. Box 700637
Dallas, TX 75370


Texzona
P.O. Box 522541
El Paso, TX 79952


Texzona
P.O. Box 522541
El Paso, TX 79953


TQL Total Quality Logistics
P.O. Box 634558
Cincinnati, OH 45263


U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258


United States Attorney
Civil Process Clerk-
Internal Revenue Service
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


US Bank
P.O. Box 790448
Saint Louis, MO 63179-0448


Wells Fargo
P.O. Box 51166
Los Angeles, CA 90051


William Stagg P.C.
220 Heymann Blvd.
Lafayette, LA 70503

Yellowstone Capital, LLC
1 Evertrust Plaza, Ste. 1401
Jersey City, NJ 07302