IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| SOUTHWEST CUTTERS, LLC, | § | Case No. 17-30238-HCM-11 |
| | § | |
| Debtor. | § | |

## MOTION FOR INTERIM APPROVAL
## OF USE OF CASH COLLATERAL

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Now comes the Debtor-in-Possession SOUTHWEST CUTTERS, LLC and through its counsel files this Motion for Interim Approval of Use of Cash Collateral, and would show:

1.

Petition date in these proceedings is February 13, 2017.

2.

SOUTHWEST CUTTERS, LLC is a Texas limited liability company that operates a cut-make-and trim business, manufacturing garments. It acquires an inventory of fabric, trim, and accessories in the course of its operations. It converts the inventory into work-in-process and finished goods, and finished goods once shipped become accounts receivable and proceeds of accounts receivable. All of these are "cash equivalents" within the meaning of 11 U.S.C. § 363(a).

3.

The Debtor presently has 155 employees. Payroll is about $64K weekly. The next payroll is scheduled for Friday, February 17th. The Debtor uses large quantities of fabric, trim, and other materials to make garments, and the Debtor uses electricity, gas heat, and other fuels and liquids in normal operations. The Debtor chiefly needs to use cash collateral to pay its employees, to pay its share of health insurance for its employees, to replenish materials, and to pay for shipping.

4.

There are secured liens of record against the Debtor that affect the cash collateral. There is a "blanket" security agreement and financing statement in favor of its major contractual lender, TEAM GROWTH, LLC. A copy of the foregoing financing statement is hereto appended as Exhibit "A". TEAM GROWTH, LLC is owed approximately $1.2 million. The cash collateral on-hand, in all its forms, is valued by the Debtor at $338,000.00. TEAM GROWTH, LLC paid off all of the remaining earlier lenders on cash collateral, on April 4, 2016.

5.

In second lien position relative to the cash collateral is CHTD COMPANY of P.O. Box 2576, Springfield, IL, in a representation capacity for ASCENTIUM CAPITAL CORPORATION ("ASCENTIUM"). ASCENTIUM financed equipment purchases for the Debtor, and ASCENTIUM expanded its UCC-1 this past October to include cash equivalents mentioned in its security agreement. Their October 2016 financing statement is hereto attached as Exhibit "B." There is not enough cash collateral to service ASCENTIUM. ASCENTIUM has other collateral in the form of machinery and equipment.

6.

In third lien position relative to the cash collateral is another UCC filing made February 2, 2017 by CORPORATION SERVICE COMPANY in a representative capacity. The UCC-1 (hereto attached as Exhibit "C") does not identify the secured party except through a P.O. Box that matches ASCENTIUM's. There is not enough cash collateral to secure them.

7.

The Debtor also owes the INTERNAL REVENUE SERVICE ("IRS") several hundred thousand dollars in Form 941 taxes. IRS, however, has not yet filed a lien. If filed, a federal tax lien would prime TEAM GROWTH, LLC's lien after 45 days from its recording date. Under the Internal Revenue Code, a federal tax lien that has been on file for over 45 days primes a prior-recorded contractual lien. 11 U.S.C. § 6331. *See Texas Oil & Gas Corp. v. United States*, 340 F.Supp. 409

2

(W.D. Tex. 1971), *aff'd* 466 F.2d 1040, *cert. denied* 410 U.S. 929, 93 S.Ct. 1367, 35 L.Ed.2d 591. Since IRS has no liens, IRS is not being accorded any cash collateral treatment.

8.

As interim adequate protection for use of TEAM GROWTH, LLC's cash collateral, Debtor proposes all of the following:

a)  To make adequate protection payments of $5,633.30 on the 1st of each month to TEAM GROWTH, LLC.

b)  To have the Court award a replacement lien to TEAM GROWTH, LLC in the amount of the cash collateral's petition-date value, estimated to be $338,000;

c)  To maintain the cash collateral at a value no less than the cash collateral's petition-date value.

d)  To use the cash collateral only in the ordinary course of business and according to the proposed budget hereto attached as Exhibit "D";

e)  To make available to TEAM GROWTH, LLC on-line its Monthly Operating Reports, on their due dates in this case; and

f)  To maintain insurance against loss and damage of the inventory and work-in-process and finished goods, with the policy showing TEAM GROWTH, LLC as a loss co-payee.

9.

To make them aware of this Motion, the undersigned attorney has telephoned regular counsel for the major lender TEAM GROWTH, LLC, Mr. CLYDE PINE, about this Emergency Motion.

3

He has also contacted the second and third lienholders on the cash equivalents, about this Motion. All three of those creditors have been emailed this Motion.   There do not appear to be any other lienholders of record.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that interim authorization to use cash collateral be granted, upon the terms described above.

Respectfully submitted this _13th_ day of February, 2017.

E.P. BUD KIRK
Texas State Bar No.  11508650
600 Sunland Park Dr.
Building Four, Ste. 400
El Paso, TX  79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for Debtor

## CERTIFICATE OF SERVICE

I do hereby certify that on the _13th_ day of February, 2017 did  cause a copy of the foregoing Motion for Interim Approval of Use of Cash Collateral to be mailed and emailed to the U.S. Trustee, P.O. Box 1539, San Antonio, TX 78205-1539;   to Southwest Cutters, LLC, 1430 Gail Borden Pl., Ste. 1-C, El Paso, TX 79935; to Team Growth Fund, LLC, c/o Clyde Pine, Jr., 100 N. Stanton, Ste. 1000, El Paso, TX 79901; and mailed to the parties in interest as shown on the attached list.

/s/ E.P. Bud Kirk

E.P. BUD KIRK

4591-MC-091216

4

Ascentium Capital, LLC
P.O. Box 301593
Dallas, TX 75303-1593

Ascentium Capital Corp Service Co.
P.O. Box 979059
Miami, FL 33197-9059

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia PA 19101-7346

IRS Insolvency Office
300 E. 8th Street, Mail Stop 5026AUS
Austin TX 78701-0000

Team Growth Fund, LLC
13168 Saker Dr.
Horizon, TX 79928

# EXHIBIT "A"

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**16-0010866866**

**04/04/2016 09:09 AM**

FILED
TEXAS
SECRETARY OF STATE

SOS

664568660002

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|

| B. E-MAIL CONTACT AT FILER (optional) |
|---|

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Team Growth Fund, LLC
c/o Clyde A. Pine, Jr.
100 N. Stanton, Ste. 1000
El Paso, Texas 79901

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Southwest Cutters | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1430 Gail Borden Place, Ste. 1-C | El Paso | TX | 79935 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Team Growth, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 13168 Saker Dr. | Horizon | TX | 79928-6211 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All goods, equipment, inventory, furniture, fixtures, motor vehicles, notes, receivables, accounts, contract rights, general intangibles, instruments, documents, consumer goods, chattel paper, and other tangible or intangible personal property of any kind of Debtor, including without limitation all such property arising under or relating to that certain Subcontract Agreement, #SPM1C1-13-D-1020 dated November 12, 2015 between Bluewater Defense, Inc. (the "Buyer") and Debtor and associated purchase orders thereunder (the "Supply Contract"), wherever located, now owned or hereafter aquired, along with all proceeds, products, accessions, and rents thereof or therefrom.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)          International Association of Commercial Administrators (IACA)

# MOUNCE, GREEN, MYERS, SAFI, PAXSON & GALATZAN
### A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELORS AT LAW

B. ANTHONY SAFI
H. KEITH MYERS
CARL H. GREEN
JOHN B. DINKELBACH
KURT G. PAXSON
NORMAN J. GORDON
MARK D. DORE
CLYDE A. PINE, JR.*
BRUCE A. KOEHLER
DARRYL S. VEREEN
ANDRES E. ALMANZAN
LAURA ENRIQUEZ*
RAMON ENMANUEL III*
DAVID M. MIRAZO*
MERWAN N. BHATTI*

MONICA L. PEREZ*
SHANNON C. RHOADS*
BRADLEY K. BARTLETT*

WILLIAM J. MOUNCE
ARTHUR R. PIACENTI
RENE CARLO BENAVIDES
GARRETT J. VANCEY
OF COUNSEL

MORRIS A. GALATZAN
(1911-1999)
WILLIAM T. KIRK
(1940-2002)

TELEPHONE: (915) 532-2000

MAILING ADDRESS:
P.O. BOX 1977
EL PASO, TEXAS 79999-1977

STREET ADDRESS:
100 N. STANTON, SUITE 1000
EL PASO, TEXAS 79901-1443

FACSIMILE: (915) 541-1548
WEBSITE: WWW.MGMSG.COM

*ALSO MEMBER OF NEW MEXICO BAR

April 4, 2016

**VIA FACSIMILE**
Office of the Secretary of State
UCC Department
James Earl Rudder State Office Building
1019 Brazos
Austin, Texas 78701

    RE:    UCC-1 - Southwest Cutters, LLC

Dear Sir or Madam:

    Enclosed please find a original and a copy of a UCC-1 Financing Statement. We are requesting these Statements to be expedited and to also receive an acknowledgement of same. I also enclose a credit card payment authorized for the filings.

    Please call me if you have any questions or comments regarding the foregoing.

    Very truly yours,

    MOUNCE, GREEN, MYERS, SAFI, PAXSON
    & GALATZAN
    A Professional Corporation

    By: _____
        Clyde A. Pine, Jr.

CAP/eh

15344.101/CPIN/1243647.1

ALFA
*American
Law Firm
Association*

## MOUNCE, GREEN, MYERS,
## SAFI, PAXSON & GALATZAN
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
100 N. STANTON, STE. 1000
EL PASO, TEXAS 79901-1448
(915)532-2000
MAILING ADDRESS:
P.O. BOX 1977
EL PASO, TEXAS 79999-1977
FACSIMILE (915) 541-1597

# FAX COVER SHEET

### 3 Pages Faxed (including this sheet)

FAX NO :   (512) 463-1423

~~March~~ April 1, 2016

| TO : | Secretary of State UCC Corporations Section | FROM : | Clyde A. Pine, Jr |
|------|---------------------------------------------|--------|-------------------|

RE :       Filings of UCC-1 Financing Statement

MESSAGE : Enclosed please find a UCC-1 financing Statement and payment for expedited filing of same. Thank you for your Cooperation.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# EXHIBIT "B"

# UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>CSC | |
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address)<br>Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>USA | **FILING NUMBER: 16-0033728515**<br>FILING DATE: 10/12/2016    01:52 PM<br>DOCUMENT NUMBER: 694048510001<br>FILED: Texas Secretary of State<br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

**1. DEBTOR'S NAME** - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **SOUTHWEST CUTTERS, LLC** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1430 GAIL BORDEN PL STE 1C** | **EL PASO** | **TX** | **79935** | **USA** |

**2. DEBTOR'S NAME** - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **CHTD COMPANY** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P.O. BOX 2576** | **SPRINGFIELD** | **IL** | **62708** | **USA** |

**4. COLLATERAL:** This financing statement covers the following collateral:
ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, INSTRUMENTS, GENERAL INTANGIBLES, PAYMENT INTANGIBLES, GOODS, INVENTORY, INVESTMENT PROPERTY, RENTS, INCOME, SECURITIES, FIXTURES AND OTHER PROPERTY, NOW EXISTING OR HEREAFTER ARISING, AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE PROCEEDS. ALL MACHINERY AND EQUIPMENT, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE PROCEEDS. THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES OF FORWARDING NOTICES & INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCINFO.COM. See Below additional collateral description, if applicable: 1 NEW TYPICAL GC6710-MD3 DIRECT DRIVE SINGLE NEEDLE LOCKSTICTCH WITH AUTO THREAD TRIMMER. AUTO BACKTACK AND AUTO FOOTLIFT COMPLETE WITH TABLE. STAND AND DIRECT DRIVE MOTOR *220 VOLT 1 NEW SIRUBA 757K-516M2-35 HIGH SPEED FIVE-THREAD SAFETY STITCH MACHINE WITH CHAIN CUTTER AND TEMPLEX WASTE REMOVAL COMPLETE WITH TABLE. STAND AND MINI SERVO MOTOR *220 VOLT

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box. | 6b. Check only if applicable and check only one box. |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
1281479 [122426913]

**FILING OFFICE COPY**

# EXHIBIT "C"

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| CSC |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| Corporation Service Company |
| 801 Adlai Stevenson Drive |
| Springfield, IL 62703 |
| USA |

**FILING NUMBER:** 17-0003740820
**FILING DATE:** 02/02/2017     11:14 AM
**DOCUMENT NUMBER:** 712516430001
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Southwest Cutters, LLC | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1430 Gail Borden Pl STE 1C | El Paso | TX | 79935 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Southwest Cutters - Justice Apparel Group, LLC | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1430 Gail Borden Pl STE 1C | El Paso | TX | 79935 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 2576 | Springfield | IL | 62708 | USA |
| UCCSPREP@CSCINFO.COM | | | | |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets now owned or hereafter acquired and wherever located, including but
not limited to, the following subcategories of assets: a. Accounts, including
but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d.
Equipment; e. Instruments, including but not limited to, Promissory Notes; f.
Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credits
Rights; j. General Intangibles; k. Supporting Obligations; and l. Proceeds and
Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND
SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL
DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS
INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT
THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL
PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A
CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[126983482]

page 2

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR | 9a. ORGANIZATION'S NAME
**Southwest Cutters, LLC**
9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

OR | 10a. ORGANIZATION'S NAME
**Southwest Cutters**
10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1430 Gail Borden Pl STE 1C** | **El Paso** | **TX** | **79935** | **USA** |

11. ☐ ADDITIONAL SECURED PARTY'S NAME <u>or</u> ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

OR | 11a. ORGANIZATION'S NAME

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**FILING OFFICE COPY**

# EXHIBIT "D"

# GROSS PROFIT AND LOSS STATEMENT

| GROSS PROFIT & LOSS MONTHLY | JAN | FEB | MARCH | APRIL | MAY | JUNE | JULY | AUGUST | SEPT | OCT | NOV | DEC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | | | | | | |
| RHINO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| GI SUPPLY | 0 | 24,357 | 24,357 | 24,357 | 24,357 | 24,357 | 0 | 0 | 0 | 0 | 0 | 0 | 121,783 |
| MASSIF | 0 | 33,010 | 42,623 | 42,623 | 42,623 | 42,623 | 0 | 0 | 0 | 0 | 0 | 0 | 204,302 |
| PTK | 0 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 0 | 0 | 0 | 0 | 0 | 0 | 7,500 |
| PTK RENT | 0 | 1,178 | 1,178 | 1,178 | 1,300 | 1,500 | 0 | 0 | 0 | 0 | 0 | 0 | 7,509 |
| MILITARY / PTU JACKET | 0 | 284,226 | 508,427 | 540,302 | 402,210 | 402,210 | 0 | 0 | 0 | 0 | 0 | 0 | 2,135,378 |
| BEYOND | 0 | 6,187 | 8,455 | 18,620 | 52,022 | 25,500 | 0 | 0 | 0 | 0 | 0 | 0 | 103,783 |
| **TOTAL SALES** | | | | | | | | | | | | | 2,585,074 |
| **MATERIALS** | | | | | | | | | | | | | |
| RHINO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| GI SUPPLY | 0 | 982 | 1,245 | 1,245 | 1,245 | 1,245 | 0 | 0 | 0 | 0 | 0 | 0 | 5,912 |
| MASSIF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| PTK | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| MILITARY / PTU JACKET | 0 | 143,100 | 254,570 | 272,025 | 202,500 | 202,500 | 0 | 0 | 0 | 0 | 0 | 0 | 1,075,005 |
| BEYOND | 0 | 167 | 905 | 548 | 1,318 | 1,099 | 0 | 0 | 0 | 0 | 0 | 0 | 3,445 |
| | | | | | | | | | | | | | 1,084,453 |
| **FREIGHT** | | | | | | | | | | | | | |
| RHINO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| GI SUPPLY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| MASSIF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| PTK | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| MILITARY / PTU JACKET | 0 | 12,064 | 21,631 | 22,871 | 17,100 | 17,100 | 0 | 0 | 0 | 0 | 0 | 0 | 90,783 |
| BEYOND | 0 | 6 | 8 | 15 | 25 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 74 |
| | | | | | | | | | | | | | 90,860 |
| DIRECT LABOR OVER TIME COST | | | | | | | | | | | | | |
| DIRECT LABOR COST | 0 | 55,000 | 29,000 | 35,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 811,986 |
| **TOTAL DIRECT COST** | 0 | 110,868 | 160,699 | 194,641 | 168,639 | 168,851 | 0 | 0 | 0 | 0 | 0 | 0 | 928,985 |
| **OVER HEAD COST** | | | | | | | | | | | | | |
| OVER HEAD COST | 0 | 32,855 | 32,855 | 32,855 | 32,855 | 32,855 | 0 | 0 | 0 | 0 | 0 | 0 | 104,275 |
| OVERHEAD LABOR | 0 | 48,683 | 48,683 | 48,683 | 48,683 | 48,683 | 0 | 0 | 0 | 0 | 0 | 0 | 243,417 |
| **TOTAL OVER HEAD COST** | | | | | | | | | | | | | 407,692 |
| **LOAN INFO** | | | | | | | | | | | | | |
| MONEY BORROWED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INTEREST ON MONEY BORROWED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL LOAN PAYMENTS** | | | | | | | | | | | | | 0 |
| **DEBT SCHEDULE** | | | | | | | | | | | | | |
| TEAM GROWTH | 0 | 0 | 2,400 | 2,400 | 2,400 | 2,400 | 0 | 0 | 0 | 0 | 0 | 0 | 9,600 |
| | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | 0 |
| LAWYERS | 0 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 0 | 0 | 0 | 0 | 0 | 0 | 37,500 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL DEBT SCHEDULE** | | | | | | | | | | | | | 47,100 |
| **TOTAL COST** | | | | | | | | | | | | | 2,559,092 |
| **GROSS PROFIT OR LOSS** | | | | | | | | | | | | | 25,682 |